Isaac WISE, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 14963.

United States Court of Appeals
Fifth Circuit.

May 20, 1954.

Rehearing Denied June 10, 1954.

Isaac Wise, Leavenworth, Kan., for appellant.

Richard C. Baldwin, Asst. U. S. Atty., New Orleans, La., George R. Blue, U. S. Atty., New Orleans, for appellee.

Before HOLMES and STRUM, Circuit Judges, and THOMAS, District Judge.

PER CURIAM.

The Court having inspected and considered the record and briefs herein, and no reversible error being found, it is ordered and adjudged that the judgment appealed from be, and the same is hereby

Affirmed.

■

Helen J. ZABOR, Plaintiff-Appellee,

v.

Jean SIEJAK, Defendant-Appellant.

No. 228, Docket 22986.

United States Court of Appeals
Second Circuit.

Argued May 6, 1954.

Decided May 13, 1954.

George E. Phillies, Buffalo, N. Y. (Phillies & Sandoro, Buffalo, N. Y., on the brief), for plaintiff-appellee.

Nathan A. Borkowski, Buffalo, N. Y. (Ansley B. Borkowski, Buffalo, N. Y., on the brief), for defendant-appellant.

Before CLARK, FRANK and MEDINA, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Knight below, Zabor v. United States, D.C.W.D.N.Y., 113 F.Supp. 287.